Closed

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SIMPSON,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALASKA AIRLINES, INC. and DOES 1 - 100, inclusive,<br><br>        Defendants. | CASE NO. CV-11-7696 CAS (PJWx)<br><br>**ORDER RE DISMISSAL**<br><br>**F.R.C.P. 41(a)(1)(A)(ii)**<br><br>*Stipulation to Dismiss filed concurrently* |

## ORDER

This matter, having come before the Court per the Parties' Stipulation to Dismiss, and good cause having been shown, the Court hereby ORDERS that all claims and counterclaims in the above-captioned action be dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: April 23, 2012

_____
THE HON. CHRISTINA A. SNYDER
United States District Court Judge

1   CV 11-7696 CAS (PJWx)